UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BEQUEST FUNDS, LLC,                                               :
:                                    25-CV-00199 (JAV)
                    Plaintiff,                                    :
:                                    ORDER SCHEDULING
       -v-                                                        :    DEFAULT JUDGMENT
:                                    BRIEFING AND SHOW
JOSE OJEDA AKA JOSE L. OJEDA, et al.,                             :        CAUSE HEARING
:
                    Defendants.                                   :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On **May 2, 2025**, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 22.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **June 11, 2025**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear for a hearing on the default judgment motion before this Court on **July 10, 2025**, at **11:00am**, as to why an order should not be issued granting a default judgment against Defendants.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with

respect to any such appearing Defendant. That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of January 24, 2025 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference and by participating in an early settlement conference with the assigned Magistrate Judge at least two weeks prior to the initial pretrial conference. *See* ECF No. 6.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: May 13, 2025  _____
New York, New York  JEANNETTE A. VARGAS
  United States District Judge